Overman Cushion Tire Company, Inc., appellant, v. General Tires, Inc., appellee. Gen. No. 37,076.

# 620

Opinion filed January 15, 1934.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter, John D. DeFoe and E. Douglas Schwantes, of counsel. Michael L. Carmody, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.